IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

TRAVIS A. GILBERT                                                        PLAINTIFF

V.                              NO. 11-5208

MICHAEL J. ASTRUE,
Commissioner of the Social Security Administration          DEFENDANT

**J U D G M E N T**

For reasons stated in the Memorandum Opinion of this date, the Court hereby affirms the decision of the ALJ. **The parties have sixty days from entry of the judgment on the docket in which to appeal.**

IT IS SO ORDERED AND ADJUDGED this 20th day of September, 2012.

/s/ *Erin L. Setser*
HON. ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE